# EXHIBIT A

The Honorable Valerie Caproni
United States District Judge
United States District Court
500 Pearl St.
New York, NY 10007

Dear Judge Caproni:

My life has been completely turned upside down since this all happened. Most importantly, it has made me realize just how wrong what I had done was. I am embarrassed, ashamed and feel terrible about it. I find it hard to put into words just how badly I feel. Every day I regret my actions. Every day is a struggle for me to deal with the pain that I feel inside for the people whose privacy I invaded and for putting my wife, children and family through all of this. I am ashamed to know that someday my children will learn about all of this and find out that their father has a felony charge. I put my kids in a situation of seeing their father in trouble that no child should ever have to see, my wife threw me out of the house for a long period of time and has lost all trust in me. We are continuing to try to stay together as a family however every day is a struggle for us but we are trying.

My arrest has had a silver lining. ████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████ ████████████████████.

I am also now finally working very hard to get back into the workforce. After having a failing business, and struggling with ████████████████ I did work for three months for a printing company until a downturn in business forced a lay off. A salesman lost a big account and they had to let a few people go. My manager loved me and had nothing but good things to say about me and is currently trying to help me get a new job. Finding a new job is a struggle but I will not stop until I get one. It felt very good to feel like a productive member of society again and to be able to contribute to the household bills, as we were/are very close to losing our home and filing bankruptcy.

To sum up, what I am trying to say is that I am very sorry for what has happened, it has opened my eyes and helped me realize how bad my ████████ had been and how badly I need help to correct my life and work to fix it. I am working very hard to get better and get everything back on track. I have never been in any sort of legal trouble before and I can solidly say that I will never put myself in a situation to be in any trouble like this ever again. The thought of possibly going to jail has been haunting me and I am horrified to the point that it has been making me physically ill.

I am truly sorry for what I have done.

Marlen Rappa

# EXHIBIT B

# EXHIBIT C

# EXHIBIT D

March 6, 2015

Judge Caproni:

My name is Margaret Alboher and I am Marlen Rappa's mother.  Marlen's stepfather and I are aware of Marlen's arrest and his guilty plea, and we are finding it difficult to understand how Marlen got into this present situation.  Marlen has never been in any legal trouble before this.  Marlen has always been a loving and responsible son, husband, father and friend, and a law-abiding citizen.

Marlen is an only child.  His father and I were separated when Marlen was 12 years old and divorced a year later.  The separation and subsequent divorce was a confusing and stressful time for us. Marlen took it very hard.  We both went for counseling to help us.

I eventually remarried in 1988 when Marlen was 16 years old.  My two new stepchildren, a girl 7 years older than Marlen and a boy 4 years older than Marlen, moved in with us in our new home.  Marlen has a good relationship with his new family.

Marlen eventually went to technical school for printing and got a job with a local printing company after graduating from the program.  He enjoyed his job and worked there for many years.  He was happy and had many friends.  He met his wife in 1997 and they were married in 2000.  They were very happy.  They both had good jobs.  They bought a house and then a couple of years later bought a bigger house.  Their twins, a boy and a girl, were born in 2007.  It was a happy time for all of us.

Unfortunately, the printing industry fell on hard times and Marlen lost his job soon after the birth of his twins.  At this time, Marlen and his wife made an arrangement whereby Marlen would be the stay-at-home dad and his wife would continue in her full-time job.  He looked forward to the opportunity to be at home to care for his twins.  He was the one responsible for all the day-to-day activities of his children including taking care of them when they were sick and attending their school activities.  Marlen's priority has always been, and still is, the welfare of his children.

During this time, Marlen also struggled to start a home-based printing business, drawing on his experience of working in the printing business for so many years.  However, the pressure of taking care of his two children, having money problems, and trying to start a new business took its toll on him, ███████████████████████████████████████████████████████  We were always there to help him when he needed us.  We were stunned when he was arrested.

After the arrest, Marlen and his wife separated.  Marlen lived with us and slowly started putting his life back together again.  He earned his commercial driving license after taking a local trucking school class.  However, he decided to go back into the printing business and accepted a managerial job with a local printing company.  ████████████████████████████████████████
While separated from his wife, he spent all his spare time with his children, who missed him so much.

He has always been in their lives.  After a couple of months of living apart, Marlen and his wife got back together again.  ███████████████████  and are working hard to repair their marriage.  Life is going back to normal.  Marlen enjoys being back at home with his wife and children.  The twins enjoy having him home again.

Marlen is always there for his children. He enjoys doing fun things with his twins.  Like sledding and building snowmen when it snows in the winter.  Like swimming, biking, roller skating, fishing, going to the park, going to the boardwalk, going to the beach and playing ball in the summer.  Like going to Disney World and riding on all the rides.  Like going out to eat at the kids' favorite restaurant.  Like watching TV and movies, playing video games, playing board games, making art projects, working on puzzles, making lego things, blowing bubbles, singing karaoke, dancing, playing WII. Besides all the fun stuff, Marlen also helps the twins do their homework and do their chores.  Marlen taught them how to ride a two wheel bike, how to roller skate, how to swim and how to fish. Marlen has always played a strong part in his children's after school activities such as karate, baseball, and cheerleading.  He never misses his son's baseball game or practice, and he never misses his daughter's cheerleading practice or her cheerleading at the football games.  He also attends all his son's karate practices and his karate belt promotions.  He also works with his son between karate sessions and baseball games by watching his son practice his karate moves, and by playing baseball with him, teaching him how to bat, throw and catch.

When necessary, Marlen also brings the twins to the doctor's office when they are sick and helps take care of them.  He attends all school activities when he is able.  When he is able, he brings them to school and picks them up after school.  He cooks them dinner at night when his wife has to work late and makes sure they do their homework, take a bath and go to bed.

 Marlen is a big part of his children's lives.  They depend on him, look up to him and love him so very much.  The twins are now 7 years old and their dad has been a major part of their everyday lives since the day they were born.  Even when Marlen and his wife were separated for a short time, Marlen saw his children almost every day.  I feel it would be traumatizing for the twins to not have their dad in their lives now.  They need him.  He needs them.

Marlen is very remorseful for what he has allowed to occur in his life and is sorry for the hurt it was caused his family.  He knows he made a huge mistake, he feels bad about it and he wants to be given a second chance.  He has been trying very hard to right his wrong.  I feel he has "learned his lesson." ███
████████████████████████████████████████████  He and his wife are working together to fix any problems in their marriage.  He is continuing to seek a good paying job in the printing industry.  And, as always, he is with his children daily…..helping them, teaching them, playing with them, loving them.

In summary, Marlen has always been a responsible and hardworking man who made a mistake and is sorry for the problems this mistake caused him and his family.  My husband and I continue to support him and his family during this difficult and stressful time. We both feel the twins would be devastated if he were to be incarcerated and they would suffer financially and emotionally.  We also feel that it would

not be good for Marlen's emotional health and his marriage.  We are praying that he be forgiven this terrible mistake and that you give him and his family a second chance.

Thank you for reading my letter of support for my son,


Margaret Alboher

March 6, 2015


Judge Caproni:

My name is Murray Alboher and I am Marlen Rappa's stepfather.  I have been involved in Marlen's life for 29 of his 42 years.  During this time, I have always found him to be respectful and law-abiding, which is why it is difficult for me to understand why he is in his present predicament.  He has always strived to maintain a strong and healthy bond with his family.  I know that he is very remorseful for what he has done and the possible effect that it may have on his relationships.

I know that he tries very hard to be a good and caring husband and father and is totally devoted to his family.  This transgression is the first and only one in his life and I know that he is truly sorry for pain he has caused those he loves and cares about.

As his children get older, they have become more and more attached to Marlen.  He spends a great deal of time with them and takes great pride and interest in their after school activities as well as their in school learning.  He takes a very active interest in their activities such as baseball and karate for his son, and cheerleading for his daughter.  He has spent many hours this winter taking the children to various parks for sleigh riding and other forms of winter activities and snow play.  Summer is a time for Marlen to enjoy the children by teaching them to ride two wheel bicycles, roller skates and generally engage in other types of summer fun like swimming and fishing.

To tear Marlen away from his family at a time when he is actively trying to forge a better relationship with his wife and children, I feel would be a great mistake as it would be unnecessarily disruptive to the family.

I feel that Marlen has learned a great and valuable lesson from this experience, a lesson that he will carry with him for the rest of his life.  I believe that everyone deserves a second chance and am confident that if Marlen were given that chance he would never again engage in anything that could possible cause harm to his family or anyone else.

Respectfully,


Murray Alboher

8504 Darnell Avenue
Cincinnati, OH 45236
July 15, 2014

To Whom This Concerns:

RE: Marlen Rappa

Marlen Rappa and I have been friends since the mid 1980's and although I now live in Ohio, I still consider Marlen my best friend. He and I stood for each other at our weddings, (as best man), and remain in contact, visiting when possible.

████████████████████████████████████████████

For 19 years Marlen had been working at a print shop, but they decided that he should resign and become the full-time parent, which he found rewarding. Kelly would be the primary "bread winner" and he encouraged and helped her as she continued to pursue higher education to advance her position in the school system.

He has made sure their children have excellent care, love and undivided attention through out their young lives. He has maintained their home, cooked meals, took them to medical appointments, taught them, played with them, and as they grew older, took them to many activities such as Karate, T-ball, baseball, Girl Scouts, and cheerleading. When the twins are in school, Marlen started a graphics business on his own, while he awaits the end of the school day to pick up the children and take them to extra curricular activities.

I regard Marlen as a hard worker, and excellent Dad, a devoted Husband, and a true, reliable Friend.

Sincerely yours,

David E. Reed

To Whom It May Concern:

First of all, I am aware of the allegations against Mr. Rappa and understand the gravity of this situation.  I believe that there are extenuating circumstances and feel strongly that Mr. Rappa has provided me with reasonable explanations.  As such, I would like to offer my experience as his friend.

I have known Marlen Rappa for nearly 30 years.  We met in a high school program for students with special needs.  Marlen moved on from the program to earn his to graduate from a vocational program where he trained as a graphic artist.  Given his struggle with learning, this was a real indication of his dedication to achieve his goals.

Marlen married and had children, which is the lifestyle he always said he wanted to live.  As his wife has far greater earning power, he became the primary caregiver for his children.  Marlen had always wanted children, and to be given the opportunity to stay at home and raise them, thrilled him beyond words.  ███ ████████████████████████ and it would have been next to impossible to meet all of his needs without one parent remaining out of the workforce.  Over the last six years, Marlen has developed a particularly close relationship with both of his children, and has been the primary person involved in all of their school, extracurricular, and health activities and issues.

In an effort to contribute to the household, Marlen began to work from home.  Although his business did not produce an income to match that of his wife, he did make all the contributions he could, considering that he was taking care of the children and the home, in addition to building a new business.  Marlen was limited by the courts and not permitted to use computers.  He immediately went for training as a truck driver so that he could continue to contribute to his family on a financial level.

With the recent events, Marlen has undergone a dramatic change in lifestyle that has had a profoundly negative effect.  I say this to underscore the type of person he continues to be.  He is devastated by his wife's decision to strictly limit contact with his children, as well as her choice to tell the children things about their father that are neither appropriate for children to hear, or proven.  When he does see his children, it is terribly difficult for all three of them.  His behavior and affect have deteriorated and he speaks of little else besides missing his children.

████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████

My experience with Marlen has always been that he is dedicated to his family, his work, and the well being of his family.  I do not believe that any of that has changed.  This situation has been difficult for his family, and for him.  I have no

difficulty believing that he will, as he says, do whatever needs to be done to rectify this terrible ordeal.


Sincerely,

Elizabeth Petti

# EXHIBIT E



**SUPERIOR**
**Tractor**
**Trailer**
**Training**

**1256 Indian Head Rd, Toms River NJ 08753**
www.superiordrivers.com

| Michael Chevalier | 732-505-9470 | Elizabeth Slocum |
|---|---|---|
| Director | 732-505-0466 fax | President |
| | 1-877-664-5090 Toll Free | |

*June 30, 2014*

*To Whom It May Concern:*

*Please be advised that on this day, June 30, 2014,  Marlen Rappa, has completed his driving course for CDL Class A  Training.*

*Sincerely,*

*E Slocum*

**Elizabeth Slocum**
**President**



# CERTIFICATE OF ACHIEVEMENT

May it be known that this certificate has been

presented to

*Marlen L Rappa*

For successful completion of Superior Tractor Trailer Training
Class  CDLA Training Course

*Elizabeth Slocum*   Elizabeth Slocum

**Superior Tractor Trailer Training**

1256 Indian Head Rd, Toms River, NJ 08753



Completion of this course certifies the training requirements set forth in the Federal Motor Carrier Regulations for entry-level driver training in accordance with 49 CFR 380.503.

*Date Course Completed: June 30, 2014*

# EXHIBIT F