**COLSON & HARRIS LLP**

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

March 25, 2015

By ECF and Electronic Mail

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10004

    Re:    *United States v. Marlen Rappa,* 14 Crim. 544 (VEC)

Dear Judge Caproni:

    I write to respectfully request a short extension of the deadline by which the defendant is to submit a supplemental sentencing submission.  Currently, I am to submit any supplemental submission by March 27, 2015.  Because I need additional time to prepare the submission and meet with my client, I respectfully request that that the Court extend the deadline to April 1, 2015.  Sentencing is currently set for April 13, 2015.

    AUSA Daniel Noble has no objection to the request.  I appreciate the Court's consideration.

        Respectfully submitted,

        /s/

        Justine A. Harris

cc:    AUSA Daniel Noble

16892