

**COLSON & HARRIS LLP**

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2015

MEMO ENDORSED

April 13, 2015

The sentencing proceeding previously scheduled for April 13, 2015, is adjourned until April 22, 2015, at 2:00 p.m.

By Electronic Mail and ECF

SO ORDERED.

The Honorable Valerie Caproni
United States District Judge
United States District Court
40 Foley Square
New York, NY 10004

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Re: *United States v. Marlen Rappa,* 14 Crim. 544 (VEC)

Date: April 13, 2015

Your Honor:

    I write in connection with Mr. Rappa's sentencing, scheduled for today, April 13, 2015. Yesterday Mr. Rappa's stepfather Murray Alboher, who helped raise him, was admitted to the hospital with severe chest pains and breathing problems. Mr. Alboher has a history of heart problems, and previously underwent triple bypass surgery. It is not yet clear how long he will have to remain in the hospital.

    Because this means that both Mr. Alboher and Mr. Rappa's mother, Margaret Alboher will not be able to be in Court today, the family respectfully requests a brief adjournment of Mr. Rappa's sentencing to a day on which they could be present. Mr. and Mrs. Alboher have been Mr. Rappa's most consistent supporters throughout this process.

    I appreciate the Court's consideration, and apologize for any inconvenience. Confirmation of Mr. Alboher's hospitalization is attached.

    Respectfully submitted,

    /s/

    Justine A. Harris

cc: AUSA Daniel Noble

Enclosure