**COLSON & HARRIS LLP**

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

April 24, 2015

<u>Via ECF and Electronic Mail</u>

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10004

    Re:   *United States v. Marlen Rappa,* 14 Crim. 544

Dear Judge Caproni:

    I write following Marlen Rappa's sentencing on April 22, 2015 to respectfully request that Your Honor include a judicial recommendation that he be designated to the satellite camp at FCI Fairton in New Jersey.

    I appreciate the Court's consideration.

                                Respectfully submitted,

                                  *-s-*

                                Justine A. Harris

cc:   AUSA Dan Noble

17284